■ Murray Sorin et al., Suing on Behalf of Themselves and All Other Stockholders of Warner Foundry & Pipe Corporation Similarly Situated, and on Behalf of Said Warner Foundry & Pipe Corporation, v. Salomon E. Shahmoon et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ Morwin Realty Inc. v. Weil & Co. Inc.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ Mesta Machine Company v. Abco Moving & Storage Corporation. — Motion for leave to reargue denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ Marie A. Cavadi, v. New York City Transit Authority.— Motion for leave to reargue appeals denied, with $10 costs. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.

■ Annette H. Slaff v. Maurice M. Slaff and Guyon-Friedman Employees Pension Plan et al.— Motion for leave to reargue denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ Joseph L. Rosenberg v. Henry Pearce et al.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ Majestic Factors Corporation v. Frank Latino et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

■ The People of the State of New York v. William Trystman.— Motion for leave to dismiss appeal granted, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

■ Anne M. Collins v. S. Klein on the Square, Inc., et al. Samuel Weiss.— Motion to dismiss appeal denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.